**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
California Bar No. 330990
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

Attorney for Plaintiff
Dustin Hensley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN HENSLEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>SILVERSTREAK SOLUTIONS, INC.,<br><br>*Defendant*. | Case No. 2:20-cv-01263-JAM-AC<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff, Dustin Hensley, and Defendant, Silverstreak Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Dustin Hensley, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: March 23, 2021                     Respectfully submitted,

By: */s/ Scott Edelsberg*                 By: */s/ Richard Morin*

**EDELSBERG LAW, P.A.**                   **Law Office of Rick Morin, PC**
Scott Edelsberg, Esq.                     Richard Morin (SBN 285275)
CA Bar No. 330990                         555 Capitol Mall Suite 750
20900 NE 30th Ave., Suite 417             Sacramento, CA 95814-4508
Aventura, FL 33180                        Phone: (916) 333-2222
Telephone: 305-975-3320                   Email: legal@rickmorin.net
scott@edelsberglaw.com

*Counsel for Plaintiff and*               *Attorney for Defendant*
*the Proposed Class*

**CERTIFICATE OF SERVICE**------------------------------------------------   I

/GHK<J4555555555555555-

JOINT STIPULATION OF DISMISSAL